**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RONALD SAUER,**

      **Petitioner,**

      **v.**

**NORMAN ROBINSON, WARDEN,
CHILLICOTHE CORRECTIONAL INSTITUTION,**

      **Respondent.**

                                  **CASE NO. 2:13-CV-0903
JUDGE JAMES L. GRAHAM
MAGISTRATE JUDGE ABEL**

**OPINION AND ORDER**

On May 14, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

      **IT IS SO ORDERED**.

Date: July 7, 2014                          _____s/James L. Graham_____
                                          JAMES L. GRAHAM
                                          United States District Judge